IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HUTSON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16-cv-01122-DGK |
| ) | |
| MACHINERYLINK, INC., and ) | |
| FARMLINK, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This lawsuit concerns lease agreements on twenty-six John Deere combine tractors. Defendants defaulted on all twenty-six lease agreements.

On March 29, 2017, the Clerk of the Court made an entry of default against both Defendants.

On July 6, 2017, the Court ordered Plaintiff to either take some action to advance this litigation, or show cause why this case should not be dismissed for failure to prosecute. The Court ordered Plaintiff to perform one of these actions on or before July 27, 2017. As of today, neither action has been taken, nor has there been any other movement in this case since March 29, 2017.

Accordingly, this case is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Date: August 11, 2017         /s/ Greg Kays
                              GREG KAYS, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT